UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG ALAN LANGENBURG,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

_________________________________/

Case No. 1:26-cv-346

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order of Remand that entered on this date,

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: August 28, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge